Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

William Aumolly Lester

§
§
§
§
§
§
§
§

versus

CIVIL ACTION NO. _____

United Airline

_____

EMPLOYMENT DISCRIMINATION COMPLAINT

1.    This action is brought under Title VII of the Civil Rights Act of 1964 for employment

discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.    The Plaintiff is:    _William J. Lester_

Address:    _8331 Swan Meadow Ln_

_Humble TX. 77338_

County of Residence:    _Harris_

3.    The defendant is:    _United Airlines Holdings_

Address:    _233 South Wacker Dr._

_Chicago Ill_

☐    Check here if there are additional defendants. List them on a separate sheet of paper with

their complete addresses.

4.    The plaintiff has attached to this complaint a copy of the charges filed on _Dec. 2022_

with the Equal Opportunity Commission.

5.    On the date of _05/23/2023_, the plaintiff received a Notice of Right to Sue

letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

(a) ☐ race

(b) ☐ color

(c) ☐ sex

(d) ☑ religion

(e) ☐ national orgin,

the defendant has:

(a) ☐ failed to employ the plaintiff

(b) ☑ terminated the plaintiff's employment

(c) ☐ failed to promote the plaintiff

(d) ☑ other: _forced to resign with no insurance and no life time flight Benefits cf earned after 33 years of service_

7. When and how the defendant has discriminated against the plaintiff:

_The company United Airlines terminated my employment for expressing my deeply held religious (Catholic convictions on my time off on Social media with respect to homosexuality abortion and gender reassignment -_

8. The plaintiff requests that the defendant be ordered:

(a) ☐ to stop discriminating against the plaintiff

(b) ☐ to employ the plaintiff

(c) ☑ to re-employ the plaintiff

(d) ☐ to promote the plaintiff

(e) ☑ to _cease & desist persecuting_ _employees of faith for expressing their_ _beliefs or time off as covered under Title 7_ and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

_William Timothy Lister_
(Signature of Plaintiff)

Address: _8331 Swan meadow Ln_ _Humble Tx 77338_

Telephone: _832-445-5986_

To The Honorable Judge and The Court, we wish to lodge the following complaint:
On the first of June, 2022, I was forced to resign my position as flight attendant for United Airlines-a position I had held for 23 years with a stellar record, for posts I made on Social Media expressing my deeply held Catholic views on homosexuality and Gender reassignment.

I reaffirmed The Church's Teaching Magisterium, that based on Sacred Scriptures and Sacred Tradition homosexual acts are morally depraved and intrinsically disordered; and "under no circumstances can they be approved"; that gender is a gift of God and cannot be changed or reassigned; further, any attempt to do so on minor children through puberty blockers or genital mutilation constitutes a grave moral evil and the ultimate form of child abuse.
These views were expressed on my own time off to my half a million followers on my Catholic Ministry Page.

During the investigation that followed, a corporate security officer interrogated me repeatedly about my Catholic Faith .
The officer stated she herself was a Catholic and she accepts homosexuality.
"Do you consider all homosexuals to be immoral?" She asked.
The Catholic position is that all sexual expressions outside of a marriage between one man and one woman to be immoral to include adultery fornication and homosexuality .

The Church's teaching on homosexuality is found in The Catechism of The Catholic Church beginning at section 2357:
Chastity and homosexuality
2357 Homosexuality refers to relations between men or between women who experience an exclusive or predominant sexual attraction toward persons of the same sex. It has taken a great variety of forms through the centuries and in different cultures. Its psychological genesis remains largely unexplained. Basing itself on Sacred Scripture, which presents homosexual acts as acts of grave depravity,141 tradition has always declared that "homosexual acts are intrinsically disordered."142 They are contrary to the natural law. They close the sexual act to the gift of life. They do not proceed from a genuine affective and sexual complementarity. Under no circumstances can they be approved.
2358 The number of men and women who have deep-seated homosexual tendencies is not negligible. This inclination, which is objectively disordered, constitutes for most of them a trial. They must be accepted with respect, compassion, and sensitivity. Every sign of unjust discrimination in their regard should be avoided. These persons are called to fulfill God's will in their lives and, if they are Christians, to unite to the sacrifice of the Lord's Cross the difficulties they may encounter from their condition.
2359 Homosexual persons are called to chastity. By the virtues of self-mastery that teach them inner freedom, at times by the support of disinterested friendship, by prayer and sacramental grace, they can and should gradually and resolutely approach Christian perfection.

The Church's teaching against gender reassignment and cross dressing is adumbrated and repeated in The Papal Document issued by Pope Francis in 2020 entitled, "Male and Female Created He them."

1

In a recent ruling -Carter vs.Southwest Airlines, a Federal judge awarded Southwest flight attendant 5.7 million in damages with a stern rebuke to Southwest Airlines, reaffirming the employees right to express our religious and political beliefs on our time off without fear of reprisal from the employer as covered under Title 7.
Ms.Charlene Carter, a Southwest Flight Attendant was terminated for her Social Media Posts decrying Abortion and homosexuality based on her deeply held religious belief.
The Dallas Based airline was further ordered by The Judge to send out an email to all employees concerning the ruling and was ordered to cease and desist.

As a consequence of this unjust discrimination against me I have suffered a great financial loss and a decline in my health as a result of losing my insurance.
After 23 years of service I was not offered health insurance nor my life time flight benefits which I earned.

It is my position that my civil rights under Title 7 were clearly infringed upon and I seek a redress of my grievances and Justice from this honorable court.

Sincerely,
William Timothy Lester
8331 Swan Meadow Ln.
Humble Tx. 78338
832-445-5936

Sent from my iPhone

2